UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUME SERVICES, INC., d/b/a CENTERPLATE,<br><br>   Plaintiff,<br><br>   vs.<br><br>UNITE HERE, LOCAL 2,<br><br>   Defendant. | Case No.: C-13-02318-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held on October 21, 2013.  The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 10/31/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 3/3/14 [*parties stipulated to date after CMC*] |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 2/3/14<br>Rebuttal: 2/12/14<br>Service by email is **ORDERED** for experts. |
| EXPERT DISCOVERY CUTOFF: | 3/3/14 |
| DISPOSITIVE MOTIONS[1] AND DAUBERT MOTIONS TO BE HEARD BY: | 5/6/14 [filed by 4/1/14] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, 7/2/14 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 7/11/14 |
| PRETRIAL CONFERENCE: | Friday, 7/25/14 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, 8/11/14 at 8:30 a.m. (Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

hearing on Friday, July 2, 2014 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As discussed at the Case Management Conference, the Court **ORDERS** the following with regard to conduct of counsel at depositions: (1) objections at depositions shall be limited to objections to form, or counsel may state the specific ground for objection, but may not make additional statements or speaking objections; (2) with regard to objections based on privilege, counsel may instruct the witness not to answer; and (3) no breaks may be taken after a question is asked but before the question is answered.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 24, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**