**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLUME SERVICES, INC.,                                 No. C-13-02318-YGR  (DMR)

          Plaintiff(s),                                 **NOTICE AND ORDER SETTING**
**HEARING ON JOINT DISCOVERY**
     v.                                 **LETTER**

UNITE HERE, LOCAL 2

          Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The court is in receipt of the parties' joint letter regarding their discovery dispute [Docket No. 36].   You are hereby notified that a hearing regarding the dispute is set for **January 9, 2014** at **11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

     IT IS SO ORDERED.

Dated:  December 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge