UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUME SERVICES INC, | No. C-13-02318 YGR (DMR) |
| Plaintiff(s), | **ORDER REGARDING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| UNITE HERE, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has reviewed the parties' joint letter regarding their discovery dispute, which is set for hearing on January 9, 2014 at 11:00 a.m. [Docket No. 36.] Lead counsel for the parties are ordered to appear at the hearing on January 9, 2014. Following the hearing, lead counsel shall meet and confer in the courthouse regarding their discovery dispute and shall be prepared to devote the entire day, if necessary, to resolving the dispute.

IT IS SO ORDERED.

Dated: January 6, 2014

_____
DONNA M. RYU
United States Magistrate Judge