United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VOLUME SERVICES, INC.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**UNITE HERE!, LOCAL 2,**<br><br>　　Defendants. | Case No.: **13-CV-2318 YGR**<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY; DENYING DEFENDANT'S MOTION TO STRIKE** |

The Court, having heard oral argument on June 3, 2014, for the reasons stated on the record, hereby **DENIES WITHOUT PREJUDICE** Plaintiff's Motion in Limine to Exclude Testimony of Defendant's Rebuttal Experts Susan Thompson and Richard Drogin, and **DENIES** Defendant Local 2's Cross-Motion to Strike Second Declaration of Robert Crandall.

This terminates Docket Nos. 52 and 57.

**IT IS SO ORDERED**.

Dated: June 10, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**