**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VOLUME SERVICES, INC.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**UNITE HERE!, LOCAL 2,**<br><br>    **Defendants.** | **Case No.: 13-CV-2318 YGR**<br><br>**ORDER RESETTING TRIAL DATE** |

By this Order, the Court hereby amends the trial date in this matter. The bench trial will now begin on Wednesday, August 6, 2014. All other dates remain unchanged.

**IT IS SO ORDERED.**

Date: **June 24, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**