MATTHEW D. ROSS (SBN 84703)
BETH A. ROSS (SBN 141337)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
mross@leonardcarder.com
bross@leonardcarder.com

EMILY M. MAGLIO (SBN 267190)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109-6839
Tel: (415) 771-6400
Fax: (415) 771-7010
emaglio@leonardcarder.com

*Attorneys for Defendant UNITE HERE! Local 2*

SCOTT J. WITLIN (SBN 137413)
STEVE L. HERNÁNDEZ (SBN 229065)
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
Tele: 310.284.3880
Fax: 310.284.3894
switlin@btlaw.com
shernandez@btlaw.com

*Attorneys for Plaintiff VOLUME SERVICES, INC., dba CENTERPLATE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUME SERVICES, INC., a Delaware Corporation dba CENTERPLATE,<br><br>            Plaintiff,<br>v.<br><br>UNITE HERE! LOCAL 2<br><br>            Defendant. | Case Number: 13-CV-2318 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE.** |

1

STIPULATION AND ORDER FOR DISMISSAL – FRCP 41(B)

The parties to the above entitled action, by and through the undersigned counsel, hereby stipulate to dismissal of the action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), with each side to bear its own costs except to the extend provided for otherwise in the parties' settlement agreement.

Jointly submitted by:

Dated: July 16, 2014

LEONARD CARDER LLP

By:  s/ Matthew D. Ross
Matthew D. Ross
A*ttorneys for Defendant* UNITE HERE! Local 2

BARNES & THORNBURG LLP

By:  s/ Scott J. Witlin
Scott J. Witlin

A*ttorneys for Plaintiff* VOLUME SERVICES, INC. dba CENTERPLATE

IT IS SO ORDERED.

Date:  July 21, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

2

STIPULATION AND ORDER FOR DISMISSAL – FRCP 41(B)